# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

October 26, 2018

Lyle W. Cayce
Clerk

No. 18-40279
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JULIAN VILLEGAS-HERNANDEZ, also known as Julio Gonzalez-Hernandez,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:17-CR-256-1

Before REAVLEY, OWEN, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Julian Villegas-Hernandez moved for leave to withdraw and filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). We construe Villegas-Hernandez's untimely response as a motion for leave to file an out-of-time response, which is GRANTED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-40279

We have reviewed counsel's brief and the relevant portions of the record reflected therein, along with Villegas-Hernandez's response and the voluntariness of his guilty plea. Because the appeal presents no nonfrivolous issue for appellate review, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.